UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW R. SWANSON, | No.  1:23-cv-6-KJM-KJN |
| Plaintiff, | ORDER TO RESPOND |
| v. | |
| JUSTIN R. HARRISON, et al., | |
| Defendants. | |

Presently pending before the court is plaintiff's motion for default judgment against defendants.[1]  (ECF No. 32.)  Pursuant to Local Rule 230(c), defendants were required to file an opposition or statement of non-opposition to the motion no later than fourteen (14) days after the filing date of the motion, i.e. by June 28, 2023.  That deadline has passed with no opposition or statement of non-opposition filed.  Further, this case was reassigned to the undersigned as presiding magistrate judge pursuant to Amended Local Rule 120.  (ECF No. 34.)

Out of an abundance of caution, and in light of the court's desire to resolve the action on the merits, the court provides defendants one additional, final opportunity to oppose the motion.

///

///

---

[1] Motions for default judgment are referred to the magistrate judge for the entry of findings and recommendations.  See Local Rule 302(c).

1

Accordingly, IT IS HEREBY ORDERED that:

1. Any opposition by defendants shall be filed within 21 days of this order, and the reply brief from plaintiff, if any, will be due 10 days thereafter;
2. Defendants are cautioned that failure to respond to the motion in compliance with this order may be deemed as consent to a summary grant of the motion, and may result in the imposition of a default judgment against them; and
3. Plaintiff shall personally serve a copy of this order on each defendant at their last-known address, and file a proof of service with the court.

Dated: September 15, 2023

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

swan.6